**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THE SOUTHERN COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:07-CV-1690-P |
| | § | |
| DAUBEN, INC. d/b/a TEXAS | § | |
| INTERNATIONAL PROPERTY | § | |
| ASSOCIATES | § | |
| | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT &**
**PERMANENT INJUNCTION**

Pursuant to the Court's Order filed April 14, 2009, the Court issues judgment as follows:

(1)     Plaintiff The Southern Company is awarded statutory damages in the amount of

$700,000 against Defendant Dauben, Inc. d/b/a Texas International Property

Associates.

(2)     Plaintiff is awarded costs of court.

(3)     Defendant and its officers, directors, agents, servants, employees, representatives,

attorneys, successors-in-interest, parent corporations, affiliated companies,

subsidiary corporations, and any and all persons in active concert or participation

with them, directly or indirectly, are ordered to relinquish all rights, title, and

interest in all domain names under their control which are confusingly similar to

Southern Company Marks or to marks of its subsidiaries, including but not limited

to the 14 domain names presently identified that fall within that category. Those

domain names shall be transferred to Plaintiff within thirty (30) days of this

Order.

(4)     Defendant and its officers, directors, agents, servants, employees, representatives,

attorneys, successors-in-interest, parent corporations, affiliated companies,

subsidiary corporations, and any and all persons in active concert or participation

with them, directly or indirectly, are PERMANENTLY ENJOINED from:

1. Registering, using, or trafficking in any domain names that are

   misspelled variations of or identical or confusingly similar to the

   Southern Company Mark or to any of the marks of its subsidiaries.

2. Assisting, aiding or abetting any other person or business entity in

   engaging in or performing any of the activities referred to in

   paragraph 1 above.

3. The Court retains jurisdiction of this case to enforce the permanent

   injunction.

(5)     The statutory damages award will carry post-judgment interest in the amount of

0.58% per annum.

**IT IS SO ORDERED.**

Signed this 14th day of April, 2009.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE